FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 20 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MANNEL LOUIS, on behalf of himself and all others similarly situated,

                Plaintiffs,

        -against-

MRS BPO, LLC

                Defendant.

Case No.   1:18-cv-02654-WFK-SMG

**NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
           June 20, 2018

Respectfully submitted,

By: /s/ Daniel C. Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax:    (929) 575-4195
Email: Dan@cml.legal
*Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED           ___ denied.
s/WFK
William F. Kuntz, II U.S.D.J.
Dated: June 20, 2018
Brooklyn, New York